## Olln WILSON v. STATE.

### No. 16863.

Court of Criminal Appeals of Texas.

May 30, 1934.

E. T. Adams, of Glen Rose, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for driving an automobile on a public highway while intoxicated; punishment, a fine of $50.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

## John YOUNG v. STATE.

### No. 16887.

Court of Criminal Appeals of Texas.

June 6, 1934.

Swanson & Rutgers Von R, of Tyler, for appellant.

.Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for transporting intoxicating liquor; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. We observe that the sentence imposed upon appellant directed his confinement in the penitentiary for a period of two years; no notice being taken of our Indeterminate Sentence Law (Vernon's Ann. C. C. P. art. 775). The lowest penalty for the offense for which conviction was had, is one year in the penitentiary. The sentence will be reformed so as to direct that appellant be confined in the penitentiary for a period of not less than one nor more than two years.

As thus reformed, the judgment will be affirmed.